**Electronically Filed
Supreme Court
SCWC-24-0000143
20-APR-2026
08:03 AM
Dkt. 5 ODAC**

SCWC-24-0000143

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IRIS SHIZU SHIMAUCHI,
Petitioner/Plaintiff-Appellant,

vs.

JOHN NUNO REI,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000143; CASE NO. 1CCV-23-0001480)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Copeland, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on March 18, 2026, is hereby rejected.

DATED:  Honolulu, Hawai‘i, April 20, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rebecca A. Copeland

